UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEO F. SCHWEITZER, III,

    Plaintiff

v.

THE UNITED STATES, et al.,

    Defendants

: CIVIL NO. 3:CV-08-1806

## ORDER

**AND NOW, THIS** 28th **DAY OF MARCH, 2011**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion to dismiss filed by Defendants Lentz and Bochetto & Lentz, P.C. (Doc. 23) is **granted**. All claims set forth against these Defendants are dismissed in their entirety.

2. The motion to dismiss filed by Defendant Conrad O'Brien, P.C. (Doc. 30) is **granted**. All claims set forth against this Defendant are dismissed.

                                          _____
                                          EDWIN M. KOSIK[10]
                                          United States District Judge
                                          Middle District of Pennsylvania

---

[10] Sitting by special designation pursuant to 28 U.S.C. § 292(b).