UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEO F. SCHWEITZER, III,

    Plaintiff

v.    : CIVIL NO. 3:CV-08-1806

THE UNITED STATES, et al.,

    Defendants

**FILED
SCRANTON**

MAR 3 0 2011

PER _____ / DEPUTY CLERK

### ORDER

**AND NOW, THIS** 30th **DAY OF MARCH, 2011,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the motion to dismiss filed by Defendants Nasuti and Miller, and Jeffrey Miller (Doc. 26), is **granted.** All claims set forth against these Defendants are dismissed in their entirety.

EDWIN M. KOSIK[6]
United States District Judge
Middle District of Pennsylvania

---

[6] Sitting by special designation pursuant to 28 U.S.C. § 292(b).