UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

FILED SCRANTON
APR 1 2 2011
PER _____ DEPUTY CLERK

LEO F. SCHWEITZER, III,

Plaintiff

v.  : CIVIL NO. 3:CV-08-1806

THE UNITED STATES, et al.,

Defendants

## ORDER

AND NOW, THIS 12TH DAY OF APRIL, 2011, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion to dismiss filed by Defendant Montgomery County (Doc. 33) is **granted**. All claims set forth against this Defendant are dismissed.

2. The motion to dismiss filed by Defendants Todd and Plymouth Township (Doc. 24) is **granted**. All claims set forth against these Defendants are dismissed.

EDWIN M. KOSIK[1]
United States District Judge
Middle District of Pennsylvania

---

[1] Sitting by special designation pursuant to 28 U.S.C. § 292(b).