UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEO F. SCHWEITZER, III,           :
                                  :
        Plaintiff                 :
                                  :
v.                                :    CIVIL NO. 2:CV-08-1806
                                  :
THE UNITED STATES, et al.,        :
                                  :
        Defendants                :

## ORDER

AND NOW, THIS 21st DAY OF SEPTEMBER, 2011, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Federal Defendants' Motion to Dismiss Plaintiff's complaint (Doc. 58) is **granted**. All claims set forth against said Defendants are dismissed in their entirety.

2. The Clerk of Court is directed to **close this case**.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                                                    _/s/_
                                      EDWIN M. KOSIK[9]
                                      United States District Judge
                                      Middle District of Pennsylvania

---

[9] Sitting by special designation pursuant to 28 U.S.C. § 292(b).