UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEO F. SCHWEITZER, III,      :
         :
    Plaintiff       :
         :
    v.        :   CIVIL NO. 2:CV-08-1806
         :
THE UNITED STATES, et al.,    :
         :
    Defendants     :

## ORDER

**AND NOW, THIS** 21 **DAY OF SEPTEMBER, 2011,** in

accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED**

**AS FOLLOWS:**

1.    Federal Defendants' Motion to Dismiss Plaintiff's complaint (Doc. 58) is **granted**. All claims set forth against said Defendants are dismissed in their entirety.

2.    The Clerk of Court is directed to **close this case**.

3.    Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

EDWIN M. KOSIK[9]
United States District Judge
Middle District of Pennsylvania

[9] Sitting by special designation pursuant to 28 U.S.C. § 292(b).